ACCEPTED
03-14-00617-CR
8024723
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/1/2015 9:12:51 AM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00617-CR

| | | |
|---|---|---|
| **NATHANIEL PAUL FOX** | § | **IN THE THIRD** |
| | § | |
| **V.** | § | **DISTRICT COURT OF** |
| | § | |
| **THE STATE OF TEXAS** | § | **APPEALS OF TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/1/2015 9:12:51 AM
JEFFREY D. KYLE
Clerk

## STATE'S MOTION TO FILE AMENDED BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes the State of Texas, Appellee in the above-styled and -numbered cause, and moves this Honorable Court to accept the filing of Appellee's amended brief, and for good cause would show the following:

### I.

Appellant was indicted by a grand jury on March 13, 2013 for the charges of Murder and Aggravated Assault of a Family or Household Member with a Deadly Weapon in CR2013-091. He was subsequently convicted for both offenses. Appellant filed his brief on January 22, 2015. The State filed its brief on April 13, 2015 at 11:22 p.m. No other briefs have been filed.

### II.

I am handling the appeal for the State in this case. While reviewing the briefs in this case in preparation for oral argument tomorrow, December 2nd, I observed that although Appellant requested that the Court return the conviction for the more serious offense and set aside the lesser conviction in the event it found a

1

double jeopardy violation (Brief for Appellant at 9), the State's brief through an apparent oversight omitted a corresponding *explicit* prayer for such alternative relief. *See Ex parte Cavazos*, 203 S.W.3d 333, 337 (Tex. Crim. App. 2006); *see also* Tex. R. App. P. 43.3 ("When reversing a trial court's judgment, the court must render the judgment that the trial court should have rendered…."). Accordingly, the State moves the Court to accept its amended brief – submitted along with the instant motion – for filing in this case. *See* Tex. R. App. P. 38.7 ("A brief may be amended or supplemented whenever justice requires, on whatever reasonable terms the court may prescribe"); *Majeed v. Hussain*, 03-08-00679-CV, 2010 WL 4137472, at *9 (Tex. App.—Austin Oct. 22, 2010, no pet.) (mem. op.) (not designated for publication) (allowing for the amendment of a brief to add an explicit alternative prayer); *Lopez-Juarez v. Kelly*, 348 S.W.3d 10, 15 (Tex. App.—Texarkana 2011, pet. denied) (holding that "[w]e agree with the Austin Court of Appeals that a prayer can be amended"); Tex. R. App. P. 38.9. The only changes in the State's amended brief are the explicit additions to the prayer for relief and corresponding changes to the certificates of service and compliance.[1]

III.

**WHEREFORE, PREMISES CONSIDERED,** the State's counsel respectfully prays that this Honorable Court accept and file its amended brief,

---

[1] Although the State has located some additional authorities for some issues since the original filing of its brief, it will file these separately in a "letter of additional authorities."

submitted alongside the instant motion, as justice requires.

Respectfully submitted,

/s/ Joshua D. Presley
**Joshua D. Presley** SBN: 24088254
preslj@co.comal.tx.us
Comal Criminal District Attorney's Office
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130
Ph: (830) 221-1300 / Fax: (830) 608-2008

## CERTIFICATE OF SERVICE

I, Joshua D. Presley, Assistant District Attorney for the State of Texas, Appellee, hereby certify that a true and correct copy of this *State's Motion to File Amended Brief* has been delivered to Appellant NATHANIEL PAUL FOX's attorney in this matter:

Paul A. Finley
pfinley@reaganburrus.com
Reagan Burrus PLLC
401 Main Plaza, Suite 200
New Braunfels, TX  78130
*Counsel for Appellant on Appeal*

By electronically sending it to his above-listed email address through efile.txcourts.gov, this 1st day of December, 2015.

/s/ Joshua D. Presley
**Joshua D. Presley**